WILSON H. GARDENIER, Appellant, *v.* MARY J. PERRY et al.,
Respondents.

Mem. of decision below, 73 Hun, 616.
(Argued December 3, 1895 ; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made November 21, 1893, which affirmed a judgment in favor
of defendants entered upon the report of a referee dismiss-
ing the complaint upon the merits, and also affirmed an order
denying a motion by plaintiff to vacate and set aside the
judgment.

*W. H. Gardenier* for appellant.

*Emmett J. Ball* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.